| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Kennedy, Anthony M. | 2. Court or Organization U.S. Supreme Court | 3. Date of Report 05/08/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Associate Justice | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address One First Street, N.E. Washington, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____, Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | McGeorge School of Law, Univ. of the Pacific |
| 2. Member, Board of Trustees | Colonial Williamsburg Foundation |
| 3. Member | United Nations Commission on the Legal Empowerment of the Poor |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 A 10: 36 FINANCIAL DISCLOSURE OFFICE

**Kennedy_Anthony_M**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. July 2008 | McGeorge School of Law, Univ.of the Pacific (Teaching) | $21,700.00 |
| 2. Sept. 2008 | University of Michigan (Teaching) | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Monthly | California State Teachers Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. See Attached | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| | |
|---|---|
| **United Nations** (Attend the 5th meeting of the Commission on the Legal Empowerment of the Poor). | **February 5-8:** Lodging, food, and transportation from Washington, DC to New York and return. |
| **Harvard Law School** (Teach courses at Harvard) | **March 10-11:** Lodging, food, and transportation from Washington, DC to Harvard and return. (self ███████ |
| **Court of Appeals for the Ninth Circuit** (Attend the Ninth Circuit Judges Symposium) | **March 30-April 4:** Lodging, food, and transportation from Washington, DC to California and return. (Self). (Prorated with Supreme Court and University of the Pacific McGeorge School of Law). |
| **Supreme Court of the United States** (Attend the Ninth Circuit Judges Symposium) | **March 30-April 4:** Lodging, food, and transportation from Washington, DC to California and return. (Self). (Prorated with the Court of Appeals and University of the Pacific McGeorge School of Law). |
| **Teaching at University of the Pacific McGeorge School of Law** | **March 30-April 4:** Lodging, food, and transportation from Washington, DC to California and return. (Self ███████ (Prorated with the Supreme Court of the United States and the Ninth Circuit). |
| **Colonial Williamsburg Foundation** (Attend Board meetings) | **April 24-26:** Lodging and food in Williamsburg.(Self). |
| **Colonial Williamsburg Foundation** (Attend Board meetings) | **June 16-17:** Lodging and food in Williamsburg (Self ███████ |
| **Pacific McGeorge School of Law** (Teach courses at Pacific McGeorge School of Law in conjunction with the University of Salzburg) . | **June 30-July 26:** Lodging, food, and transportation from Washington, DC to Salzburg, Austria and return. (Self ███ ███████ (Prorated with the Court of Appeals for the Ninth Circuit and the Aspen Institute). |
| **Ninth Circuit Judges Conference** (Attend the Ninth Circuit Judges Conference) | **July 28-31:** Lodging, food, and transportation from Washington, DC to Sun Valley, CA, Aspen, CO and return to Washington (Self ███████ (Prorated with the University of the Pacific McGeorge School of Law and the Aspen Institute). |
| **Aspen Institute** (Speak at the Aspen Institute) | **July 28-31:** Lodging, food, and transportation from Washington, DC to Sun Valley, CA, Aspen, CO and return to Washington (Self ███████ (Prorated with the Ninth Circuit and the University of the Pacific McGeorge School of Law). |

| | |
|---|---|
| **University of Michigan Law School** (Teach) | **September 10-12:** Lodging, food, and transportation from Washington, DC to Detroit, MI and return. (Self ▮▮▮▮) |
| **Lewis & Clark Law School** (Teach, deliver remarks at meeting sponsored by the Federal Judicial Center) | **September 17-23:** Lodging, food, and transportation from Washington, DC to Portland and San Francisco and return. (Self ▮▮▮▮) (Prorated with the Court of Appeals for the Ninth Circuit and the Supreme Court). |
| **Court of Appeals for the Ninth Circuit** (Preside at en banc session at the Court of Appeals) | **September 17-23:** Lodging in San Francisco (Self ▮▮▮▮). (Prorated with Lewis and Clark Law School and the Supreme Court of the United States). |
| **Supreme Court of the United States** (Teach; deliver remarks at judicial center meetings; and presided over en banc session at the Court of Appeals) | **September 17-23:** Transportation from Washington, DC to Portland and San Francisco and return. (Self). (Prorated with the Court of Appeals for the Ninth Circuit and Lewis and Clark Law School). |
| **Yale Global Constitutional Seminar** (Attend the Yale Global Constitutional Seminar) | **September 24-27:** Lodging, food, and transportation from Washington, DC to Connecticut and return. (Self ▮▮▮▮ |
| **Stanford University** (Participate in Roundtable panel discussion) | **October 10-11:** Lodging, food, and transportation from Washington, DC to Stanford, CA and return. (Self ▮▮▮▮) |
| **Peking University School of Transnational Law** (Speak at the Peking University School of Transnational Law) | **October 19-25:** Lodging, food, and transportation from Washington, DC to Hong Kong and Shenzhen, China and return. (Self ▮▮▮▮) (Prorated with the Law Society of the Hong Kong). |
| **The Law Society of the Hong Kong** (Deliver keynote address at the Inauguration of the Law Society of the Hong Kong Academy of Law | **October 19-25:** Lodging, food, and transportation from Washington, DC to Hong Kong and return. (Self ▮▮▮▮) (Prorated with Peking University School of Transnational Law). |
| **Duke Law School** (Teach and lecture) | **November 7-8:** Lodging, food, and transportation from Washington, DC to Raleigh Durham, NC and return. (Self ▮▮▮▮) |
| **Colonial Williamsburg Foundation** (Attend Board meetings) | **November 20-23:** Lodging and food in Williamsburg. (Self ▮▮▮▮ |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M. | 05/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Honorary Membership | Del Paso Country Club* | $1,200.00 |
| 2. Honorary Membership | University Club* | $700.00 |
| 3. Honorary Membership | Washington Golf and Country Club* | $700.00 |
| 4. * Note: Withdrew before the end of the reporting period | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month; Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash in PNC Bank | B | Interest | M | T | | | | | |
| 2. GE Life & Annuity (universal life policy) | A | Dividend | L | T | | | | | |
| 3. Metropolitan Life Ins. (whole life policy) | A | Dividend | J | T | | | | | |
| 4. New England Life Ins. Co. (whole life policy) | A | Dividend | K | T | | | | | |
| 5. Trust 1 | | | | | | | | | |
| 6. - Cash in Wells Fargo Bank | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M. | 05/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M. | 05/08/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544